IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
AT HONOLULU HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 28 2008
at \_\_ o'clock and \_\_ min. \_\_ M.
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| v. ) | Criminal No. 1:02CR00552-009 |
| ) | |
| FAAFITI SUI Sr. ) | |
|     Defendant ) | |

<u>Motion to Modify Term of Imprisonment</u>
<u>Pursuant to 18 U.S.C. §3582(c)(2)</u>

    Comes now the Defendant Faafiti Sui Sr., pro se, and pursuant to Title 18 U.S.C. §3582(c)(2), and moves this Honorable Court for reduction of his prison term. In support of his motion the Defendant would show and alleges:

    1. On May 2, 2005, the Defendant was convicted in this court of the offense(s) of: Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or more of Cocaine Base/Cocaine. Subsequently, using the United States Sentencing Commission Guidelines, he was sentenced to a term(s) of imprisonment of 90 months and 4 years supervision.

    2. On December 11, 2008, the United States Sentencing Commission amended the sentencing guidelines, specifically, Amendment 706, and explicitly voted later to make the Amendment retroactive.

    3. Amendment 706 provides for a two level reduction for crack cocaine offenses.

    4. Defendant is entitled, as a matter of law, to the benefit of Amendment 706 and, to have his sentence reduced to bring his sentence within the amended sentencing structure.

Wherefore, based on the foregoing, and in the interests of Justice, Defendant respectfully urges this Honorable Court to amend his term of imprisonment to reflect the sentencing guidelines modification set forth in Amendment 706.

Dated this 24 day of JAN, 2008.

Respectfully submitted,

*Sui Faafiti*
Faafiti Sui Sr. Reg. No. 90152-022
Federal Correction Institutional
P.O. Box 10
Lisbon, Ohio 44432

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has, this 24 day of JAN, 2008, been served on Ms. Loretta A. Sheehan, United States Attorney for the District of Hawaii, whose address is 300 Ala Moana Blvd. Rm. 6-100 Honolulu, Ha. 96850 by placing a copy of same in the prisoner legal-mailbox, at the Federal Correctional Institutional, Elkton, Ohio, for delivery to the United States Post Office, with proper postage and addressing attached thereto.

*Sui Faafiti*
Faafiti Sui Sr.