NAME: Faafiti Sui Sr.
REG.# 90152-022
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

United States District Court
Ms. Sue Beitia, District Court Clerk
300 Ala Moana Blvd. C-338
Honolulu, Hawaii 96850-03

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 28 2008
DISTRICT OF HAWAII

HELP THE SOCIETY
ST. VINCENT DE PAUL
HELP THE NEEDY

USA FIRST-CLASS FOREVER

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 89
ELKTON, OH 44415    1/24/08
                    DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.