PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:  alexander_silvert@fd.org

Attorney for Defendant
SUI FAAFITI, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No.  02-00552 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | REDUCING SENTENCE |
| vs. | ) | PURSUANT TO 18 U.S.C. |
| | ) | § 3582(c) |
| SUI FAAFITI, SR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER REDUCING
SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that, pursuant to 18 U.S.C. § 3582(c), the defendant's sentence of 90 months incarceration imposed on May 2, 2005, be reduced to 84 months.  All other provisions of the sentence imposed on May 2, 2005, remain unaltered.

The defendant, SUI FAAFITI, SR., is currently serving a term of imprisonment for an offense involving cocaine base (crack). Mr. Faafiti has spoken to counsel regarding this matter by phone. Mr. Faafiti consents to counsel entering into this stipulation.

Mr. Faafiti was sentenced by this Court on May 2, 2005, to a term of 90 months imprisonment. His guideline range was 84-105 months, based on a total offense level of 25 and a criminal history category of IV. Mr. Faafiti, however, was subject to a 120 month statutory mandatory minimum. The government filed a motion to reduce Mr. Faafiti's sentence pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e). The Court granted the motion and sentenced Mr. Faafiti to the middle of the guideline range that would otherwise have applied absent the application of the mandatory minimum, imposing a sentence of 90 months incarceration.

In light of the new Sentencing Guideline crack cocaine amendment, and in light of the particular factors unique to this case, the parties agree that Mr. Faafiti's sentence should be reduced to the low-end of his original guideline range pursuant to § 3582(c). The parties agree, therefore, that Mr. Faafiti's new sentence of incarceration should be reduced from 90 months to 84 months.

Wherefore, the parties agree that Mr. Faafiti's sentence be 84 months incarceration.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, July 28, 2008.

   /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
SUI FAAFITI, SR.

  /s/ Loretta A. Sheehan
LORETTA A. SHEEHAN
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, August 1, 2008.

_____
David Alan Ezra
United States District Judge

UNITED STATES v. SUI FAAFITI, SR.
Cr. No. 02-00552 DAE
STIPULATION AND ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)